583 A.2d 315

MARION GIBSON, ETC. v. JOSE SOSA, M.D.

January 29, 1990.

Petition for certification denied.

583 A.2d 315

IN THE MATTER OF THE TENURE HEARING OF LYNN JEN-
ISCH TYLER, SCHOOL DISTRICT OF SUSSEX–WANTAGE
REGIONAL, SUSSEX COUNTY.

January 29, 1990.

Petition for certification denied.   (See 236 *N.J.Super.* 478,
566 *A.*2d 229)

583 A.2d 315

MARTIN GREENBLATT v. EDWARD K. ZUCKERMAN.

January 29, 1990.

Petition for certification denied.

583 A.2d 315

JOSEPH F. ESKA v. EXXON COMPANY, U.S.A.

January 29, 1990.

Petition for certification denied.